**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7170**

NACE EUGENE HOUCHIN, JR.,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA; ATTORNEY GENERAL; JAMES CITY COUNTY COURT; VIRGINIA GENERAL ASSEMBLY; DEPARTMENT OF THE ARMY, 149th Trans. Comp. (SOC) 10th Trans. Battalion Fort Eustis VA; THE COLLEGE OF WILLIAM AND MARY, (charter) Law School; COMMON LAW FOREIGN POWER POLICY; COMMONWEALTH ALL CO-CONSPIRATORS; VIRGINIA STATE BAR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jamar Kentrell Walker, District Judge. (2:23-cv-00244-JKW-LRL)

Submitted: June 17, 2025                    Decided: June 20, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nace Houchin, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nace Eugene Houchin, Jr., appeals the district court's order dismissing without prejudice his amended 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(b)(1). On appeal, we confine our review to the issues raised in the appellate brief. *See* 4th Cir. R. 34(b). Because Houchin's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*